# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

NO. 22-11325

ISRAEL ROSELL and ROBERTO
GONZALEZ, for themselves and on
Behalf of those similarly situated,

    Plaintiffs/Appellants,

v.

VMSB, LLC d/b/a GIANNI'S and
CASA CASUARINA, a Florida
Limited Liability Company,

    Defendant/Appellee.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA. MIAMI DIVISION
## CIVIL CASE NO.: 1:20-CV-20857-KWM

### APPELLEE'S MOTION FOR LEAVE TO ALLOW KENNETH W. WATERWAY TO APPEAR AS COUNSEL OF RECORD AND CONDUCT ORAL ARGUMENT

ANDREW B. ZELMANOWITZ, ESQ.
Florida Bar No. 74202
BERGER SINGERMAN LLP
201 East Las Olas Boulevard, Suite 1500
Ft. Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
Email: Azelman@bergersingerman.com
Counsel for Defendant/Appellee

11968801-1

**Israel Rosell, et al. v. VMSB, LLC, Case No. 22-11325**

## APPELLEE'S MOTION FOR LEAVE TO ALLOW KENNETH W. WATERWAY TO APPEAR AS COUNSEL OF RECORD AND CONDUCT ORAL ARGUMENT

Defendant/Appellee VMSB, LLC, d/b/a CASA CASUARINA ("VMSB"), pursuant to 11th Cir. R. 34-4(e), hereby respectfully moves for the appearance of Kenneth W. Waterway as counsel of record, and allow him to present oral argument at the hearing scheduled for March 24, 2023, and in support thereof states as follows:

1. Oral argument is currently scheduled to take place on March 24, 2023, in Atlanta, Georgia.

2. Due to unforeseen circumstances and scheduling conflicts, undersigned counsel will be unable to attend the March 24, 2023 oral argument.[1]

3. VMSB respectfully requests that Kenneth W. Waterway, an attorney with undersigned counsel's firm, Berger Singerman LLP, be permitted to appear as counsel of record and present oral argument on March 24, 2023. Attached as Exhibit "A" is a completed Appearance of Counsel form for Kenneth W. Waterway.

4. Undersigned counsel conferred with counsel for Appellants and counsel for Appellants do not object to the leave requested.

---

[1] Undersigned counsel, Andrew Zelmanowitz, is scheduled for a five-day jury trial in Broward County, Florida, commencing on March 20, 2023. Caitlin Trowbridge is in her third trimester of pregnancy and is unable to travel.

2

Respectfully submitted,

**BERGER SINGERMAN, LLP**
*Counsel for Defendant/Appellee*
201 East Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
Telephone: 954-525-9900
Facsimile: 954-523-2872

By: /s/ *Andrew B. Zelmanowitz*
Andrew B. Zelmanowitz
Florida Bar No. 74202
Azelman@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 2nd day of March 2023, by electronic transmission through the Court's CM/ECF system upon all parties authorized to receive electronic notice in this case.

By:   /s/ *Andrew B. Zelmanowitz*
Andrew Zelmanowitz

**MORGAN & MORGAN, P.A.**
Angeli Murthy, Esq.
Florida Bar No.27777
Amurthy@forthepeople.com
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Counsel for Plaintiffs*

11968801-1

# EXHIBIT A

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

**Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq.** An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available at www.ca11.uscourts.gov.

**Please Type or Print**

Court of Appeals No. **21-11325**

**Israel Rosell, et al.** vs. **VMSB, LLC**

The Clerk will enter my appearance for these named parties or amici curiae (you must list all parties or amici; use extra pages if necessary):

These individuals/entities are:

- [ ] appellant(s)
- [x] appellee(s)
- [ ] petitioner(s)
- [ ] respondent(s)
- [ ] intervenor(s)
- [ ] amicus curiae

[ ] The following related or similar cases are pending in this court:

[x] Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the Clerk of this court within 14 days of any changes in the status of my state bar memberships. *See* 11th Cir. R. 46-7.

State Bar: **Florida**     State Bar No.: **994235**

Signature: *(signed)*

Name (type or print): **Kenneth W. Waterway**     Phone: **(954)525-9900**

Firm/Govt. Office: **Berger Singerman LLP**     E-mail: **kwaterway@bergersingerman.com**

Street Address: **201 East Las Olas Blvd., Suite 1000**     Fax: **(954)523-2872**

City: **Ft. Lauderdale**     State: **FL**     Zip: **33301**

Revised 12/21